UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    ROOSEVELT HUNTER  
    SHONTA HUNTER  
          Debtor(s)

Case No. 11-37267

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/13/2011.

2) The plan was confirmed on 11/10/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/28/2012.

5) The case was converted on 01/24/2013.

6) Number of months from filing to last payment: 16.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $39,113.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $3,893.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,893.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,717.23 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $186.81 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,904.04

Attorney fees paid and disclosed by debtor:    $100.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI INC | Unsecured | 300.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| ALPINE VILLAGE MHC LLC | Secured | 2,967.00 | 0.00 | 2,967.00 | 988.96 | 0.00 |
| ALPINE VILLAGE MHC LLC | Unsecured | 2,967.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1,039.00 | 778.94 | 778.94 | 0.00 | 0.00 |
| AT & T | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |
| AUTOMOTIVE SERVICES FIN INC | Unsecured | 9,602.00 | NA | NA | 0.00 | 0.00 |
| CASCADE CAPITAL LLC | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 557.00 | 1,141.18 | 1,141.18 | 0.00 | 0.00 |
| COX COMMUNICATIONS | Unsecured | 539.00 | 128.02 | 128.02 | 0.00 | 0.00 |
| FIN PROC LLC/UPFRONT MONEY CO | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| FORTIS CAPITAL II LLC | Unsecured | NA | 1,154.17 | 1,154.17 | 0.00 | 0.00 |
| GRANITE RECOVERY LLC | Unsecured | NA | 90.01 | 90.01 | 0.00 | 0.00 |
| GREAT LAKES EDUCATIONAL LOAN | Unsecured | 4,134.00 | 4,171.18 | 4,171.18 | 0.00 | 0.00 |
| GREAT LAKES EDUCATIONAL LOAN | Unsecured | 5,286.00 | 5,350.19 | 5,350.19 | 0.00 | 0.00 |
| GREENHILL FINANCIAL | Secured | 45,000.00 | 46,091.21 | NA | 0.00 | 0.00 |
| GREENHILL FINANCIAL | Secured | NA | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 478.83 | 478.83 | 0.00 | 0.00 |
| MID AMERICA BANK & TRUST CO | Unsecured | 322.00 | 322.00 | 322.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | NA | 1,073.37 | 1,073.37 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,068.00 | 1,081.05 | 1,081.05 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,049.00 | 1,061.53 | 1,061.53 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 344.00 | 266.56 | 266.56 | 0.00 | 0.00 |
| NORTHWESTERN MED FAC FOUN IN | Unsecured | NA | 1,216.84 | 1,216.84 | 0.00 | 0.00 |
| OMNI FINANCIAL OF NEVADA | Unsecured | 2,634.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 620.85 | 620.85 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 406.00 | 406.14 | 406.14 | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 90.00 | 90.04 | 90.04 | 0.00 | 0.00 |
| SOUTHERN DUPAGE PATHOLOGY | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN DUPAGE PATHOLOGY | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SPEEDWAY #8316 | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 880.95 | 300.96 | 300.96 | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 776.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 501.00 | 375.66 | 375.66 | 0.00 | 0.00 |
| US DEPT OF ED/GLELSI | Unsecured | 4,134.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED/GLELSI | Unsecured | 5,286.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $2,967.00 | $988.96 | $0.00 |
| **TOTAL SECURED:** | **$2,967.00** | **$988.96** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$20,917.52** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,904.04 |
| Disbursements to Creditors | $988.96 |
| **TOTAL DISBURSEMENTS :** | **$3,893.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/13/2013          By: /s/ Tom Vaughn
                                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**